UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TASHA CHAPMAN,

      Plaintiff,

      v.

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT, *et al.*,

      Defendants.

Case No. 2:25-cv-695
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the Court's July 1, 2025 Order requiring Plaintiff Tasha Chapman to obtain and file a required attorney certification regarding her claims. (ECF No. 6.) On June 5, 2025, Ms. Chapman filed this case *pro se* in the United States District Court for the Southern District of New York. (ECF No. 1, PageID 1.) The case was transferred to this Court *sua sponte* under 28 U.S.C. § 1404 on June 24, 2025. (ECF Nos. 4, 5.)

Ms. Chapman has brought at least seven previous lawsuits in this Court and has been designated as a vexatious litigator. (*See* ECF No. 6, PageID 4–5.) She is prohibited "from filing any new action in any court in this district, unless she accompanies such a new action with a certificate from an attorney who is licensed to practice in this Court or the State of Ohio, stating that there is a good faith basis for the claims Plaintiff seeks to assert." (*Id.*)

Ms. Chapman did not file the required attorney certification, so on July 1, 2025, the Court ordered her to do so within 30 days and warned her that failure to do so would result in dismissal of this action. (ECF No. 6.) She still has not filed the required certification.

Accordingly, the Court **DISMISSES without prejudice** Plaintiff's claims for failure to

prosecute under Federal Rule of Civil Procedure 41(b) and for failure to comply with this Court's Order of July 1, 2025. (ECF No. 6.) Plaintiff's Request to Proceed In Forma Pauperis (ECF No. 2) is **DENIED as moot**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**10/7/2025**                                                     **s/Edmund A. Sargus, Jr.**
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                                        **UNITED STATES DISTRICT JUDGE**